UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. GATES, et al.<br><br>　　　　　Defendants. | No. 1:23-cv-01245-KES-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S REQUEST TO ENFORCE THE SETTLEMENT AGREEMENT<br><br>(ECF No. 28) |

　　　On February 4, 2025, the instant action was terminated pursuant to the parties' stipulation for voluntary dismissal.  (ECF No. 27.)

　　　On July 21, 2025, Plaintiff filed a request to enforce the settlement agreement claiming that he not yet received the settlement funds.  (ECF No. 28.)  Based on Plaintiff's contention, it is HEREBY ORDERED that Defendants shall file a response to Plaintiff's request within **ten (10)** days from the date of service of this order, specifically addressing the status of the payment of the settlement funds.

IT IS SO ORDERED.

Dated:  **July 23, 2025**　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1