UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE KING,<br><br>    Plaintiff,<br><br>    v.<br><br>B. GATES, et al.<br><br>    Defendants. | No. 1:23-cv-01245-KES-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION REGARDING SETTLEMENT AGREEMENT FUNDS<br><br>(ECF No. 32) |

On February 4, 2025, the instant action was terminated pursuant to the parties' stipulation for voluntary dismissal. (ECF No. 27.)

On July 21, 2025, Plaintiff filed a request to enforce the settlement agreement claiming that he not yet received the settlement funds. (ECF No. 28.) After receiving a response from Defendants, the Court denied Plaintiff's request to enforce the settlement agreement as premature as the funds were scheduled to be released on August 5, 2025. (ECF No. 31.)

Currently before the Court is Plaintiff's second motion requesting receipt of the settlement funds and the imposition of fines against Defendants. (ECF No. 32.) Plaintiff submits that he has yet to receive the settlement funds and requests Defendants be fined for breach of contract. (Id.) Based on Plaintiff's contention, it is HEREBY ORDERED that Defendants shall file a response to Plaintiff's request within **ten (10)** days from the date of service of this order, specifically addressing the status of the payment of the settlement funds.

IT IS SO ORDERED.

Dated:  **August 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1