UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE KING,<br><br>           Plaintiff,<br><br>     v.<br><br>B. GATES, et al.<br><br>           Defendants. | No. 1:23-cv-01245-KES-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO SUBMIT EVIDENCE IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(ECF No. 35) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On August 22, 2025, Plaintiff filed a motion for injunctive relief for breach of contract claiming he has not received the funds pursuant to the settlement agreement. (ECF No. 32.) On August 25, 2025, the Court directed Defendants to file a response to Plaintiff's motion. (ECF No. 33.) Defendants filed a response on September 4, 2025, submitting that the settlement funds have been posted to Plaintiff's prison trust account. (ECF No. 35.) Because Plaintiff submits the funds have not been released (see ECF No. 34), the Court HEREBY directs that within **ten (10)** days from the date of service of this order Defendants shall submit a copy of Plaintiff's prison trust account which reflects receipt of the settlement funds.

IT IS SO ORDERED.

Dated:  **September 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1